Name: MARSHA D. SKELLY
Address: 6141 GULLSTRAND ST.
SAN DIEGO, CA 92122-3823
Telephone Phone: (619) 994-8137
Email: NONE

FILED
17 AUG 29 AM 8:38
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: PJM   DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

'17 CV 1738 MMA NLS

MARSHA D. SKELLY,

Plaintiff(s),

v.

US DEPARTMENT OF EDUCATION and FEDERAL STUDENT AID COMMISSION and FEDLOAN SERVICING,

Defendant(s).

Case No.: _____
(assigned at time of filing)

**COMPLAINT**

**I. RELATED CASES**

a. Do you have other Civil Case(s) in this or any other federal court?

☐ Yes    ☒ No

b. If yes, please list the case numbers here:

**II. STATEMENT OF CLAIM** *(Briefly state the facts of your case. Describe how each defendant is involved, and tell what each defendant did to you that caused you to file this suit against them. Include names of any other persons involved, dates, and places.)*

1

1. MARSHA SKELLY, PLAINTIFF INCURRED $16,000 IN STUDENT LOANS (US GOVT. ONLY GUARANTEED)
2. WHILE IN COLLEGE (AGE 30-35) 1983-1988 EARNING A BACHELOR OF SCIENCE DEGREE IN BUSINESS
3. ADMINISTRATION/ACCOUNTANCY. AFTER WORKING PROFESSIONALLY FOR SEVERAL YEARS
4. ILL HEALTH (STRESS + BOWEL ISSUES) FORCED ME TO FILE FOR SOCIAL SECURITY DISABILITY
5. BENEFITS IN 3.1994. BEING INSOLVENT I FILED CHAPTER 7 BANKRUPTCY IN 3.94
6. DEBTS WERE DISCHARGED 4.94 (CASE NO. 93-13628-A - DATE OF DISCHARGE 4.12.94). AT THAT
7. TIME I BELIEVED THESE LOANS WERE NOT COLLECTIBLE AND I WAS NO LONGER LIABLE.
8. US DEPT OF EDUCATION AND TREASURY PERSISTED TO HOUND ME FOR DECADES. IN 2005,
9. TREASURY OFFSETS BEGAN + ENDED IN 2010. THEN WHILE I BELIEVED THIS WAS OVER THEY
10. RESTARTED IN 2013 AND RECENTLY IN MAR, APR + MAY 2017 UNTIL I DEMANDED THEY STOP (THESE 2013 WERE REFUNDED TO ME)
11. THROUGH FILING FORMAL COMPLAINT. MY NUMEROUS ATTEMPTS TO STOP ANY FURTHER OFFSETS
12. HAVE BEEN MET WITH DOEDUC. REP(S) AND OMBUDSMAN CONVINCING ME TO REQUEST PERMANENT
13. DISABILITY DISCHARGE AND SIGNING CONSOLIDATION PAPERS TO AVOID DEFAULT, GO INTO
14. INCOME BASED REPAYMENT PLAN (IBR AT ZERO PYMT FOR AT LEAST 20 YEARS (THEN I WILL BE 84)
15. NEITHER PROGRAM HAS PROVIDED ANY RELIEF. IN 2008 + 2013 I SUBMITTED DOCUMENTS TO
16. NEL NET (USDOE PERMANENT DISABILITY UNIT). IN 2013 I WAS TOLD BY OMBUDSMAN DENNIS (DENIED IN 2008 - CHIROPRACTOR NOT M.D. OR D.O. SIGNED)
17. NELSON TO SUBMIT MY SOC. SEC. NOTICE OF AWARD LETTER DATED 5.5.97 AS PROOF OF PERMANENT
18. DISABILITY. THIS WAS DENIED SINCE THEIR REQUIREMENT STATES MY DISABILITY NEEDS TO BE
19. REVIEWED WITHIN 5-7 YEARS. MY LETTER NOTES A 3 YEAR REVIEW. AFTER BEING ON DISABILITY FOR
20. 24 YEARS + WORSENING HEALTH THESE REVIEWS HAVE NEVER HAPPENED. IN 2017 (MAR-MAY) THE
21. TREASURY OFFSETS BEGAN AGAIN. BACK TO REQUESTING FORGIVENESS THESE ARE AN EXTREME
22. FINANCIAL HARDSHIP. NOW THAT I AM 64 YEARS OLD I DO NOT BELIEVE IT IS IN MY BEST
23. INTEREST TO WAIT 20 YEARS TO FILE INCOME TAX RETURNS (IRS 1040 + CALIF 540) AT AGE 84 IN HOPES
24. OF BEING OF SOUND MIND (MOTHER DOROTHY SKELLY DIED 2.16.17 OF ALZHEIMER'S DISEASE AT AGE 88) [IN A NURSING HOME ON MEDICAID]
25. IT IS MY SINCERE BELIEF I AM ENTITLED TO FORGIVENESS OF THIS DEBT DUE TO EXTREME
26. FINANCIAL HARDSHIP. BOTH PARTIES WILL BENEFIT FROM THIS TIMELY COURT ORDER SINCE
27. THIS DEBT IS WELL PAST "SATISFACTORY COLLECTION EFFORT" STAGE. THIS EXCESSIVE DEBT ($55K)
28. ON MY CREDIT REPORT IS ADVERSELY AFFECTING MY SECTION 8 VOUCHER ATTEMPTS FOR AFFORDABLE HOUSING. THESE ARE FACTS AS I KNOW THEM AS OF 8.25.2017 AND

**III.   RELIEF YOU REQUEST** *(State exactly what you want the court to do for you. Do not use this space to state the facts of your claim.)*

A. PROVIDE A TIMELY COURT RULING IN PLAINTIFF'S FAVOR ORDERING ANY (MARSHA D. SKELLY- SS# 279.54.5703) FUTURE COLLECTION (EITHER BY U.S. DEPT OF EDUCATION, US DEPT OF TREASURY) OF THIS OLD STUDENT LOAN DEBT CONSTITUTES AN EXTREME FINANCIAL HARDSHIP, AND NEEDS TO BE IMMEDIATELY FORGIVEN.

B. PROVIDE A TIMELY RULING ORDERING FULL REIMBURSEMENT/REFUND OF THE FOLLOWING TREASURY OFFSETS INVOLUNTARILY COLLECTED FROM MY SOCIAL SECURITY BENEFITS AND IRS REFUNDS (2008 IRS + 2009 ONLY):

| DATE | AMOUNT(S) |
|---|---|
| 2005 | $ 333.— |
| 2006 | 770.— |
| 2007 | 1,067.— |
| 2008 | 1,576.— |
| 2009 | 1,761.40 |
| 2010 | 1,099.20 |
| 2017 | 449.55 |
| TOTAL TREASURY OFFSETS TO BE REFUNDED AS OF 8·25-2017 MW | $ 7,056.15 |

IV. **DEMAND FOR JURY TRIAL** *(Would you like a trial by jury on all claims pursuant to FRCP, Rule 38?)*

☐ Yes   ☒ No

I declare under penalty of perjury that the foregoing is true and correct.

__8·25·2017__  
Date

*Marsha D. Skelly*  
Signature

MARSHA D. SKELLY  
Printed Name